UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ALANA TOMMERAASEN, | * | CIV. 10-4061 |
| Plaintiff, | * | |
| vs. | * | MOTION TO DISMISS |
| PREMIER BANKCARD, LLC, as successor in interest to PREMIER BANKCARD, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Premier Bankcard, LLC, the Defendant in the above-entitled action, and moves the Court to dismiss Plaintiff's Complaint, pursuant to FED.R.CIV.P. 12(b)(6) for failure to state a claim upon which relief may be granted.  This Motion is based upon the allegations upon the face of Plaintiff's Complaint, which reflect that, under the facts as alleged by Plaintiff, her initiation of the administrative prerequisites for this suit was untimely, such that she failed to timely and properly exhaust her administrative remedies.  Further, Plaintiff fails to satisfy pleading standards with respect to her allegations of disability discrimination within the meaning of the Americans With Disabilities Act or corresponding state law, such that she fails to state a claim upon which relief may be granted.  Accordingly, Plaintiff's claims under the Americans with Disabilities Act and state law should be dismissed.

Dated at Sioux Falls, South Dakota, this 17th day of June, 2010.

    DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

    /s/ Sandra Hoglund Hanson
    Electronically Filed
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: shanson@dehs.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

Sandra Hoglund Hanson, one of the attorneys for Defendant, hereby certifies that a true and correct copy of the foregoing "Motion to Dismiss" was served by mail upon:

    Alana Tommeraasen
    415 Johnson Ave.
    P.O. Box 179
    Baltic, SD 57003-0179
     *Plaintiff Pro Se*

on this 17th day of June, 2010.

    /s/ Sandra Hoglund Hanson
    Electronically Filed